WILLIAM M. NARUS
Acting United States Attorney
District of Oregon
Darren C. Halverson
Trial Attorney
darren.halverson@usdoj.gov
970 Broad Street, #700
Newark, NJ 07102
Telephone: (202) 880-2233
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA | 3:25-cr-00126-AN |
|---|---|
| v. | UNOPPOSED MOTION FOR PROTECTIVE ORDER |
| EDWARD ALAN HUYCKE, | |
| **Defendant.** | |

The United States of America respectfully moves this Court for a protective order limiting the copying and dissemination of certain materials set forth below. Defendant's counsel does not object to this motion. In the interest of providing timely discovery to the defendant, the government respectfully requests that the Court enter the accompanying order.

The discovery material in the case includes highly sensitive information, including personal and financial information. Due to the large volume of discovery material, the frequency

**Unopposed Motion for a Protective Order**     Page 1

with which the sensitive information appears throughout the documents, and the nature of the violations charged in this case, redaction of all discovery is not a feasible option.

As such, the government respectfully requests that the Court order that defendant's counsel shall not provide copies of the discovery material produced by the government to defendant which contains personal identifying information or financial information, defined as follows:

(a) personal identifying information of any individual, including without limitation, any individual's date of birth, social security number, address, telephone number, email address, driver's license number, professional license number, or family members' names ("Personal Information") unless it belongs to the defendant or unless defense counsel first redacts the Personal Information from the discovery material; or

(b) financial information of any individual or business, including without limitation, bank account numbers, credit or debit card numbers, account passwords, account names and contact information, account history, account balances, account statements, tax return information, or taxpayer identification numbers ("Financial Information") unless it belongs to the defendant, a business defendant had or has any ownership interest in, or unless defense counsel first redacts the Financial Information from the discovery material.

The government further moves the Court to order that defendant's counsel and defendant neither share any discovery material produced by the government with others not involved in case-related activities nor make any public disclosure of the same, without the government's express written permission, except that defense counsel may provide discovery materials to those persons employed by defense counsel who are necessary to assist counsel for trial or other proceedings.

**Unopposed Motion for a Protective Order** **Page 2**

These restrictions should not hinder defendant's ability to prepare for trial and will protect others from potential harassment or exposure to misuse of their personal and financial information. Defense counsel is free to raise any issues regarding this protective order during the course of this litigation should this order impact counsel's representation of defendant.

For the foregoing reasons, the government respectfully requests that the Court enter the proposed Protective Order.

Dated: June 30, 2025

Respectfully submitted,

WILLIAM M. NARUS
Acting United States Attorney

LORINDA LARYEA
Acting Chief, Fraud Section
Criminal Division
U.S. Department of Justice

DARREN C. HALVERSON
Trial Attorney